IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. 17-CR-70-LRR |
| vs. | **ORDER** |
| KEVIN OSCAR NAHOLI, | |
| Defendant. | |

On November 20, 2017, the court accepted the jury verdict finding Defendant Kevin Oscar Naholi guilty on Count 1 of the Superseding Indictment.

Accordingly, IT IS ORDERED as follows:

1. Defendant is adjudicated guilty of Count 1 of the Superseding Indictment.

2. The United States Probation Office is directed to conduct a presentence investigation and prepare a report.

3. The attorneys must timely comply with the deadlines for preparation of the presentence report.

4. Defendant is to remain in custody pending sentencing.

5. The parties are reminded that "[e]xcept by leave of court, no party or lawyer, and no other person acting on their behalf, may contact, interview, examine or question any trial juror or potential trial juror before, during, or after a trial concerning the juror's actual or potential jury service." LR 47.

**IT IS SO ORDERED.**

**DATED** this 20th day of November, 2017.

_____
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA